JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
38 CORPORATE PARK, SUITE D
IRVINE, CA 92714
714-474-2055
Attorneys for the Plaintiff



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

HELTON JACKSON, JR.

    Defendant(s).

COURT NO: 92 A 21357

DEFAULT JUDGMENT

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from HELTON JACKSON, JR. the sum of $5,202.37 as principal, $3,679.64 as accrued prejudgment interest, $140.00 administrative charges, and $100.50 costs, plus $720.00 attorney fees for a total amount of $9,842.51, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: NOV 2 4 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: 
Deputy Clerk